DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>         v.<br><br>IVAN G. PIVAROFF, individually and as<br>a partner of Oahu Limited Partnership;<br>GWENDOLYN S. PIVAROFF, individually<br>and as a partner of Oahu Limited Partnership;<br>OAHU LIMITED PARTNERSHIP, and<br>ASSOCIATED ENTERPRISES LIMITED,<br><br>             Defendants. | Case No: 2:13-cv-01498-APG-PAL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Allie C. Yang-Green to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Yang-Green is an attorney with the United States Department of Justice, Tax Division, an agency of the federal government, and is a member in good standing of the Virginia State Bar (No. 73539).

1

The following contact information is provided to the Court:

> Allie C. Yang-Green, Trial Attorney
> United States Department of Justice
> Tax Division
> P.O. Box 310
> Washington, DC 20044
> Phone: (202) 514-9641
> Fax: (202) 514-9477
> Allie.c.yang-green@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Allie C. Yang-Green to practice before this honorable Court.

Respectfully submitted this 21st day of August 2013.

>> DANIEL G. BOGDEN
>> United States Attorney
>>
>> */s/ Blaine Welsh*
>> BLAINE T. WELSH
>> Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: August 21, 2013.

2