# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States of America,  )
)
        Plaintiff(s),  )
)
v.  )   CV 2:13-cv-1498-APG-PAL
)
Ivan G. Pivaroff, et al.,  )   **DEFAULT**
)
        Defendant(s).  )
)

It appears from the records in the above-entitled action that Summons issued on the __Original__ Complaint on __August 21, 2013__
(Original, Amended, etc)                          (Date Complaint was filed)

have been regularly served upon each of the Defendants hereinafter named. It appears from the affidavit of Plaintiff's counsel and the records herein that Defendant Associated Enterprises Limited has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.

Therefore, on request of counsel for Plaintiff, the **DEFAULT**, as aforesaid, of Defendant Associated Enterprises Limited in the above-entitled action is hereby entered.

DATED: __October 21, 2013__

                                                    United States District Judge