KATHRYN KENEALLY
Assistant Attorney General

ALLIE C. YANG-GREEN
VIRGINIA CRONAN LOWE
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 301
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 514-9641
Email: allie.c.yang-green@usdoj.gov
       virginiacronan.lowe@usdoj.gov

Of Counsel:
DANIEL BOGDEN
United States Attorney

*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cv-01498-APG-PAL |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR EXPEDITED HEARING ON THE UNITED STATES' MOTION FOR PRELIMINARY INJUNCTION** |
| IVAN G. PIVAROFF, et al., | |
| Defendants. | |

This matter comes before the Court on the United States' motion for expedited hearing on its motion for preliminary injunction.  Having considered the motion and any responses thereto, the motion is GRANTED.

Accordingly, it is ordered that the United States' Motion for Preliminary Injunction (Dkt. No. 18) shall be scheduled for an evidentiary hearing on __3rd__ day of __February__, 2014 at __9:00__ a.m. in Courtroom __6C__ of Lloyd D. George U.S. Courthouse, 333 Las Vegas

-1-

Blvd. South, Las Vegas, Nevada; and the plaintiff United States shall serve this order on all named defendants in this case.

**IT IS SO ORDERED.**

_____
HONORABLE ANDREW P. GORDON
United States District Judge

Date: January 13, 2014