DANIEL G. BOGDEN
United States Attorney
District of Nevada

ROGER W. WENTHE
Assistant United States Attorney
Nevada Bar No. 8920
United States Attorney's Office
333 Las Vegas Boulevard South, Suite5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: *roger.wenthe@usdoj.gov*

*Attorneys for the United States.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:13-cv-01498-APG-PAL |
| | ) | |
| v. | ) | |
| | ) | |
| IVAN G. PIVAROFF., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Herbert W. Linder to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States. Rule IA 10-3 provides:

Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the

1

12230520.

1    United States Attorney or the Federal Public Defender for this district or one of the assistants,
     be permitted to practice before this court during the period of such employment.

2

3    Mr. Linder is an attorney with the United States Department of Justice, Tax Division, an agency

4    of the federal government, and is a member in good standing of the State Bar of Ohio (No. 0065446 ).

5    The following contact information is provided to the Court:

6

7        Herb Linder, Trial Attorney
         United States Department of Justice
         Tax Division

8        717 N. Harwood, Suite 400
         Dallas, Texas 75201

9        Phone: 214-880-9754
         Fax: 214-880-9741

10       Herbert.W.Linder@usdoj.gov

11   Accordingly, the United States respectfully requests that the Court admit Herbert W. Linder to

12   practice in the District of Nevada for the duration of employment by the United States.

13   Respectfully submitted this 23rd day of December 2014.

14
                                         DANIEL G. BOGDEN
15                                       United States Attorney

16                                       /s/ Roger W. Wenthe
                                         ROGER W. WENTHE
17                                       Assistant United States Attorney

18

19

20

21

22                                       IT IS SO ORDERED:

23

24                                       UNITED STATES DISTRICT JUDGE

25                                       DATED:    December 23, 2014

26

                                    2

12230520.