UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | Case No. 2:13-cv-01498-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| IVAN G. PIVAROFF, | |
| Defendant. | |

This matter is before the court on attorney Allyson Noto's failure to comply with the court's Order (Dkt. #89). On March 3, 2015, the court held a hearing concerning the parties' discovery disputes. At the conclusion of the hearing, the court directed counsel for Defendant Ivan G. Pivaroff, Ms. Noto, to submit an additional document, which she described as a portfolio summary of all investments in a certain account for the quarter ending July 2004, to the court for in camera review. Counsel has not yet submitted that document to the court.

Accordingly,

**IT IS ORDERED** that defense counsel shall submit the portfolio summary discussed at the March 3, 2015, hearing to the court for in camera review in accordance with the provisions of LR 10-5 no later than **Friday, April 3, 2015, by 4:30 p.m.**

Dated this 25th day of March, 2015.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE