UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:13-cv-01498-APG-PAL |
|---|---|
| Plaintiff, | ORDER |
| v. | (Mot Ext Time – Dkt. #139) |
| IVAN G. PIVAROFF, | |
| Defendant. | |

Before the court is Plaintiff's Motion to Extend Time for Filing Motion for Protective Order and for Motion for Summary Judgment (Dkt. #139). For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Extend Time for Filing Motion for Protective Order and for Motion for Summary Judgment (Dkt. #139) is **GRANTED**. The United States shall have an extension of time until **August 25, 2015,** to file a motion for protective order with respect to the notice of deposition issued by Association Enterprises Limited to the United States pursuant to Rule 30(b)(6). The parties shall also have and extension of time until **September 11, 2015,** to file a motion for summary judgment with respect to the foreclosure of federal tax liens against the condominium occupied by Ivan and Gwen Pivaroff.

DATED this 18th day of August, 2015..

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1