**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IVAN G. PIVAROFF, *et al.*,<br><br>Defendants. | Case No. 2:13-cv-01498-APG-PAL<br><br>**ORDER CHANGING LOCATION OF HEARING**<br><br>(DKT. #149) |

IT IS ORDERED that the contempt hearing set for **Thursday, September 17, 2015** will be held **at the Thomas & Mack Moot Court Room at UNLV's Boyd School of Law on a stacked calendar at 2:00 p.m.**

DATED this 2nd day of September, 2015.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE