UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　v.<br><br>IVAN G. PIVAROFF, et al.,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:13-CV-1498 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is the government's motion to extend time.  (Doc. # 165).

　　　　The government requests a three week extension of the time for filing a motion for summary judgment with respect to the foreclosure of federal tax liens.  The government represents that defendants Associated Enterprises, Limited, the treasurer of Clark County, and the Pivaroffs do not oppose this motion. The government further represents that it requires the extension because unanticipated obligations have prevented it from having the time necessary to prepare this summary judgment motion.  (Doc. # 165).

　　　　Good cause appearing,

　　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the government's motion to extend time (doc. # 165) be, and the same hereby is, GRANTED.

　　　　IT IS FURTHER ORDERED that the government shall have **up to and including Friday, October 16, 2015**, in which to file its motion for summary judgment.

　　　　DATED October 2, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**