UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br>IVAN G. PIVAROFF,<br><br>                              Defendant. | Case No. 2:13-cv-01498-APG-PAL<br><br>ORDER<br><br>(Mot Replace – Dkt. #173) |

Before the court is Plaintiff's Motion to Replace Unredacted Exhibit with Redacted Exhibit (Dkt. #173) filed September 29, 2015. Plaintiff seeks to replace the sealed exhibit to its Response to Objection to Report and Recommendation (Dkt. #172) as the originally filed exhibit was sealed by the clerk's office to protect personal identifiers. The redacted version of the document is attached to the motion. For good cause shown,

**IT IS ORDERED** that Plaintiff's Motion to Replace Unredacted Exhibit with Redacted Exhibit (Dkt. #173) is **GRANTED**. The unredacted document with personal identifiers will remain sealed. Plaintiff shall separately file the redacted Exhibit 1 to the Motion (Dkt. #173-1) linking it to the Response to Objection to Report and Recommendation (Dkt. #172).

DATED this 8th day of October, 2015..

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE