UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff(s),<br><br>     v.<br><br>IVAN G. PIVAROFF, et al.,<br><br>                                   Defendant(s). | Case No. 2:13-CV-1498 JCM (PAL)<br><br>ORDER |

Presently before the court is the defendants Ivan & Gwen Pivaroff's *pro se* motion to extend time for filing opposition to plaintiff's motion for partial summary judgment.  (Doc. # 195).  The government opposes the motion. (Doc. #196).

This is defendants' first request for a one month extension of time to file an opposition to the government's motion for partial summary judgment. The government argues the motion should be denied because the pro se defendants filed the request for extension of time after the November 9 deadline. *See Ghazali v. Moran,* 46 F.3d 52, 54 (9th Cir. 1995) (holding pro se litigants are bound by the rules of procedure.)  Although the motion was filed late, the court will forgive the motion's tardiness as excusable neglect. *See* Fed. R. Civ. P. 6(b)(1)(B); LR 6-1(b). In the interests of justice, the court is inclined to give defendants an opportunity to respond to the motion for partial summary judgment.

Good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the defendants' first motion to extend time (doc. # 195) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that the defendants shall have **up to and including Monday,**
2    **January 4, 2016**, in which to file their opposition to the government's motion for partial summary
3    judgment.
4    DATED December 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

James C. Mahan
U.S. District Judge

- 2 -