CAROLINE D. CIRAOLO
Acting Assistant Attorney General

PHILIP DOYLE
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 330
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 514-9673
Email: philip.a.doyle@usdoj.gov

Of Counsel:
BLAINE WELSH
Assistant United States Attorney

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>IVAN G. PIVAROFF, et al.,<br><br>　　　　Defendants. | Case No. 2:13-cv-01498-APG-PAL<br><br>STIPULATION |

　　　　The plaintiff United States of America and the defendant Associated Enterprises Limited ("AEL") stipulate and agree as follows:

　　　　1.　　The United States and AEL have settled their dispute in this litigation, and this stipulation gives partial effect to their agreement.

　　　　2.　　AEL hereby disclaims any lien or interest against the real property at issue in this action, located at 3111 Bel Air Drive, # 28F, Las Vegas, Nevada ("the Property") and shall dismiss with prejudice its cross-claim in this action;

3. AEL's decision to enter into a compromise of this action does not imply that AEL admits any of the allegations set forth in the Government's pleadings and does not imply that AEL admits liability in this action;

4. The United States shall move forward with its action to foreclose federal tax liens against the Property and to sell the Property judicially and hereby stipulates an agrees that AEL should be dismissed from the action with prejudice;

5. AEL shall receive $75,000 from the sale proceeds in full satisfaction of its claims in this action, and AEL shall receive the $75,000 payment after payment of the costs of sale and after payment of accrued real property taxes, but before any amounts are allocated to the United States' claim for taxes; and

6. The parties shall bear their own costs.

Dated: November 23, 2015.

_____
Philip Doyle
Trial Attorney
U.S. Department of Justice, Tax Div.
P.O. Box 330
Ben Franklin Station
Washington, DC 20044
*Counsel for United States*

_____
Allyson R. Noto, Esq.
SYLVESTER & POLEDNAK, LTD.
1731 Village Center Circle
Las Vegas, Nevada 89134
*Attorneys for Associated Enterprises Limited*

IT IS SO ORDERED December 14, 2015.

_____
UNITED STATES DISTRICT JUDGE