UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>IVAN G. PIVAROFF, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:13-CV-1498 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is the case of *United States of America v. Pivaroff et al.*, case number 2:13-cv-01498-JCM-PAL.

　　　　On August 17, 2016, the court entered an order to show cause ("OSC"), ordering defendant Blenheim Trust Company, Ltd. ("Blenhein") and interested party John Robilliard to show cause as to why they should not be found in contempt based upon the facts certified by Magistrate Judge Leen in the order and report and recommendation for contempt proceedings (ECF No. 143). (ECF No. 236). In addition, the court set a hearing on the matter for September 8, 2016. (ECF No. 236).

　　　　Subsequently, plaintiff filed a notice, stating that Blenhein produced to the United States the unredacted copies of the documents at issue in the OSC and that Blenhein paid the United States the attorney's fees in connection with that discovery dispute. (ECF No. 237).

　　　　In light of the foregoing, the hearing scheduled for September 8, 2016, will be vacated. Further, the underlying report and recommendation for contempt proceedings (ECF No. 143) will be denied as moot.

　　　　Accordingly,

　　　　IT IS HEREBY ORDERED that the hearing set for September 8, 2016, regarding the order to show cause (ECF No. 236) be, and the same hereby is, VACATED.

**James C. Mahan**
**U.S. District Judge**

1    IT IS FURTHER ORDERED that the report and recommendation for contempt proceedings (ECF No. 149) be, and the same hereby is, DENIED as moot.

DATED August 25, 2016.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**