IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IVAN G. PIVAROFF, )<br>GWENDOLYN S. PIVAROFF, )<br>OAHU LIMITED PARTNERSHIP, )<br>MOLOKAI LIMITED PARTNERSHIP, )<br>ANDERSON ATTIC, INC., )<br>UNITED REALTY, INC., )<br>BLENHEIM TRUST COMPANY, LTD. as )<br>Trustee of KIHEI INTERNATIONAL TRUST )<br>and of VIP INTERNATIONAL TRUST, )<br>ASSOCIATED ENTERPRISES LIMITED, )<br>LAKELAND, INC., )<br>CLARK COUNTY TREASURER, )<br>REGENCY TOWERS ASSOCIATION, INC. )<br>and LAS VEGAS COUNTRY CLUB )<br>MASTER ASSOCIATION, )<br>)<br>)<br>Defendants. )<br>_____ ) | Case No. 2:13-cv-1498-JCM (PAL) |

## **DEFAULT JUDGMENT IN A CIVIL CASE**

This action came before the Court and the issues have been heard and a decision rendered. Accordingly, it is hereby

ORDERED ADJUDGED and DECREED as follows:

That pursuant to this Court's Order [ECF No. 239] entered September 7, 2016, default judgment is entered against Oahu Limited Partnership and Las Vegas Country Club Master Association on Count 2 of the second amended complaint that extinguishes any lien upon or

14393970.1

interest in real property located at 3111 Bel Air Drive, #28F, Las Vegas, Nevada, that these entities might have asserted. The real property is more particularly described as follows:

SITUATE IN THE COUNTY OF CLARK, STATE OF NEVADA, DESCRIBED AS FOLLOWS:

PARCEL I:

Unit 216 of amended plat of Regency Towers as the same is established and identified in the plan of condominium filed pursuant to the provisions of NRS 117.020 on April 12, 1972 in Book 14 of Plats, Page 37, and on August 10, 1973 in Book 16 of Plats, Page 27, in the official records of Clark County, Nevada ("Plan") and amendments thereto.

PARCEL II:

An undivided .860% interest in the common areas included in the plan.

PARCEL III:

An undivided .860% interest in the estate for years created by that certain lease dated January 1, 1971 between Chanin Nevada Properties, Inc., as landlord and Regency Holding Corp. as tenant, recorded on January 7, 1971 as instrument No. 72485, Book No. 91, in official records of Clark County, Nevada.

Date: September 22, 2016.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

14393970.1