UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>IVAN G. PIVAROFF, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:13-cv-01498-JCM-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 248) |

This matter is before the court on the Substitution of Attorney (ECF No. 248) filed October 5, 2016. Jay R. Nanavati of Baker Hostetler seeks leave to be substituted in the place and stead of Jeffrey D. Lewin and Donald G. Rez of Sullivan Hill Lewin Rez & Engel for Defendant Blenheim Trust Company, Ltd. LR IA 10-6 provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 10-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 248) is **APPROVED**.
2. Jay R. Nanavati of Baker Hoftetler is substituted in the place of Jeffrey D. Lewin and Donald G. Rez of Sullivan Hill Lewin Rez & Engel for Defendant Blenheim Trust Company, Ltd., as Trustee of Kihei International Trust, subject to the provisions of LR IA 10-6(c) and (d).

DATED this 11th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE