UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>IVAN G. PIVAROFF, et al.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 2:13-cv-01498-JCM-PAL<br><br>ORDER |

This case has been open on the court's docket for more than 3 years. On January 20, 2017 the district judge granted the United States' motion and entered an Order Confirming Sale and Directing Distribution of Sale Proceeds (ECF No 256). It is unclear whether the United States intends to proceed on any further claims against any other individuals or entities now that the primary asset the United States has been pursuing has been sold to satisfy the tax liabilities of Ivan and Gwendolyn Pivaroff at issue, and the sale has been confirmed. Accordingly,

**IT IS ORDERED:**

1. that the United States shall have until **February 27, 2017** to file a status report advising the court whether it intend to proceed on any other claims against any other individuals or entities.

2. If the United States intends to continue to prosecute this case the status report must identify the party or parties against whom it intends to proceed, and submit a specific and detailed proposal for bringing this case to final resolution as expeditiously as possible.

3. If the United States does not intend to prosecute this case against any other party, the status must address whether the United States has exercised its best good faith efforts to obtain a stipulation for dismissal from the remaining defendants.

4. If one or more defendants who have been served declines to stipulate to dismiss, the United States shall have until March 13, 2017 to file a motion to dismiss.

DATED this 13th day of February, 2017.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

2