UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>IVAN G. PIVAROFF, et al.,<br><br>　　　　　　　　　　Defendant(s). | Case No. 2:13-CV-1498 JCM (PAL)<br><br>ORDER |

　　　　Presently before the court is the case of *United States of America v. Pivaroff et al.*, case number 2:13-cv-01498-JCM-PAL.

　　　　Pursuant to the court's order (ECF No. 257) and in light of the government's status report (ECF No. 258), IT IS HEREBY ORDERED that the government file by **March 14, 2017**, the following:

　　　　(1)　　a stipulation to dismiss the remaining counts as to Ivan and Gwen Pivaroff;

　　　　(2)　　a stipulation to dismiss as to Blenheim Trust Company, Ltd.;

　　　　(3)　　a stipulation to dismiss or a motion to dismiss as to the Clark County Treasurer; &

　　　　(4)　　default judgments, if intending, as to Molokai, L.P., Anderson Attics, Inc., and United Realty, Inc. with a proposed appropriate judgment for the court's signature attached.

　　　　DATED March 1, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**