UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

**UNITED STATES OF AMERICA**,

    Plaintiff,

    v.

**IVAN G. PIVAROFF**, et al.,

    Defendants.

Case No. 2:13-cv-01498-JCM-PAL

**ORDER GRANTING UNITED STATES' MOTION
FOR VOLUNTARY DISMISSAL OF REMAINING COUNTS**

This matter has come before the Court upon the United States' Motion for Voluntary Dismissal of Remaining Counts. For good cause shown, it is hereby

ORDERED ADJUDGED and DECREED as follows:

1. The United States' Motion for Voluntary Dismissal of Remaining Counts is GRANTED; and

2. The remaining counts of this action are dismissed without prejudice, the parties to bear their respective costs.

**SO ORDERED, ADJUDGED, AND DECREED.**

DATED March 10, 2017.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

-1-

-2-

Distribution to all electronically registered counsel of record and by mail to all *pro se* parties